# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# NO. 3:18-cv-434-GCM

JAMES B. KNIZLEY

    Plaintiff,

v.

CHEMLINE, INC. and
JOHN PANTANELLA,

    Defendants.

**ORDER**

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **Matthew A. Jacober,** filed August 15, 2018 (Doc. No. 4).

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby grants the motion.

In accordance with Local Rule 83.1(B), Mr. Jacober is admitted to appear before this court *pro hac vice* on behalf of Defendant, Chemline, Inc. and John Pantanella.

**IT IS SO ORDERED.**

Signed: August 17, 2018

Graham C. Mullen
United States District Judge