# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
### NO. 3:18-cv-434-GCM

| | |
|---|---|
| JAMES B. KNIZLEY<br><br>       **Plaintiff,**<br><br>**v.**<br><br>CHEMLINE, INC. and<br>JOHN PANTANELLA,<br><br>       **Defendants.** | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **James Redd, IV,** filed August 15, 2018 (Doc. No. 5).

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby <u>grants</u> the motion.

In accordance with Local Rule 83.1(B), Mr. Redd is admitted to appear before this court *pro hac vice* on behalf of Defendants, Chemline, Inc. and John Pantanella.

**IT IS SO ORDERED.**

Signed: August 17, 2018

Graham C. Mullen
United States District Judge